**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBRA LYNN WILSON                                                                                       PLAINTIFF

v.                                         NO. 3:15CV00243 JLH-JJV

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                                    DEFENDANT

### ORDER

The Court has reviewed the recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the objections filed by the plaintiff, Debra Lynn Wilson. The Court has also conducted a *de novo* review of the record. Based upon that *de novo* review, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Therefore, the decision of the Commissioner of the Social Security Administration to deny disability insurance benefits to Debra Lynn Wilson is affirmed. The complaint of Debra Lynn Wilson is dismissed with prejudice.

IT IS SO ORDERED this 8th day of March, 2016.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE