**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEBRA LYNN WILSON                                                                                          PLAINTIFF

v.                                          NO. 3:15CV00243 JLH-JJV

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration to deny disability insurance benefits to Debra Lynn Wilson is affirmed. The complaint of Debra Lynn Wilson is dismissed with prejudice.

IT IS SO ORDERED this 8th day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE